# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARNOLDO RODELO,

    Petitioner

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:20-cv-00207-JAD-VCF

**Order**

    Petitioner Arnoldo Rodelo has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.[1] He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate.[2] As a result, this matter has not been properly commenced.[3]

    It is unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. So I give Rodelo until April 1, 2020, to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. If Rodelo fails to do so, this case may be dismissed without prejudice and without further prior notice.

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

[3] 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

**IT IS THEREFORE ORDERED** that Rodelo has until April 1, 2020, to (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed *in forma pauperis*. If he fails to do either, this case may be dismissed without prejudice and without further prior notice.

Dated: March 1, 2020

_____
U.S. District Judge Jennifer A. Dorsey