UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Arnoldo Rodelo,<br><br>　　　Petitioner<br><br>v.<br><br>Warden Brian Williams, et al.,<br><br>　　　Respondents | Case No.: 2:20-cv-00207-JAD-VCF<br><br>**Order Dismissing<br>and Closing Case** |

　　　Plaintiff Arnoldo Rodelo filed this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 but failed to pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis*. On March 2, 2020, I ordered Rodelo to either pay the fee or submit his *in forma pauperis* application by April 1, 2020.[1] That deadline expired without a new application or payment of the filing fee. IT IS THEREFORE ORDERED that **this action is DISMISSED without prejudice** because it was improperly commenced. The Clerk of Court is directed to DETACH and FILE the petition [ECF No. 1] and CLOSE THIS CASE.

　　　A certificate of appealability is denied because jurists of reason would not disagree with this ruling.

　　　Dated: May 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.